IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEWEL GARDNER,<br><br>               *Plaintiff*,<br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>               *Defendant*. | Case No. 1:22-cv-04765<br><br>Honorable Elaine E. Bucklo |

**UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT**

Defendant Allstate Vehicle and Property Insurance Company ("Allstate") respectfully moves the Court for extension of Allstate's time to respond to Plaintiff Jewel Gardner's Class Action Complaint [ECF No. 1] ("Complaint") to December 9, 2022. In support of this Motion, Allstate states as follows:

1. Plaintiff Jewel Gardner filed her Complaint on September 6, 2022. Plaintiff requested and Allstate waived service of the Complaint on September 23, 2022.

2. Under Federal Rule of Civil Procedure 12, Allstate's response to the Complaint is currently due on November 22, 2022.

3. Allstate requires additional time to prepare its response to the Complaint.

4. Allstate's counsel has conferred with Plaintiff's counsel regarding this motion, and Plaintiff's counsel has authorized Allstate to state that Plaintiff does not oppose the requested relief.

WHEREFORE, Allstate respectfully requests this court enter an order granting Allstate's motion and extending the time for Allstate to respond to Plaintiff's Complaint to December 9, 2022.

Dated:  November 21, 2022

Respectfully submitted,

*/s/  Blake J. Kolesa*

Joshua D. Lee
Matthew Kennison
Matthew A. Blumenreich
Blake J. Kolesa
RILEY SAFER HOLMES & CANCILA LLP
70 W. Washington St, Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 481-8701 *fax*
jlee@rshc-law.com
mkennison@rshc-law.com
mblumenreich@rshc-law.com
bkolesa@rshc-law.com

*Attorneys for Defendant Allstate Vehicle and Property Insurance Company*

**CERTIFICATE OF SERVICE**

I, undersigned counsel, certify that on November 21, 2022 I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

/s/ Blake J. Kolesa