IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL GARDNER,<br><br>    Plaintiff,<br><br> v.<br><br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE<br>COMPANY,<br><br>    Defendant. | Case No. 1:22-cv-4765<br><br>Honorable Elaine Bucklo |

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S
UNOPPOSED MOTION FOR LEAVE TO FILE
<u>MEMORANDUM OF LAW IN EXCESS OF PAGE LIMIT</u>**

  Pursuant to Local Rule 7.1, Defendant Allstate Vehicle and Property Insurance Company ("Allstate") respectfully moves this Court for leave to file its Memorandum of Law in support of its Motion to Dismiss in excess of the fifteen-page (15) limit. In support of this Motion for Leave, Allstate states as follows:

  1. On November 22, 2022, the Court granted Allstate's unopposed motion for extension of time to respond to Plaintiff's Class Action Complaint ("Complaint"). [*See* ECF No. 9.]

  2. Allstate's response to the Complaint is due on December 9, 2022. *Id.*

  3. Local Rule 7.1 states that "[n]either a brief in support of or opposition to any motion . . . shall exceed 15 pages without prior approval of the court."

4. The Memorandum of Law in support of Allstate's Motion to Dismiss is expected to exceed the fifteen-page (15) limit allowed by Local Rule 7.1 by up to five (5) pages.

5. As such, Allstate seeks leave to file a Memorandum of Law in support of its Motion to Dismiss in excess of Local Rule 7.1 but not to exceed twenty (20) pages.

6. Allstate endeavored to comply with the page limit of Local Rule 7.1 but requires additional pages to properly present to the Court the legal issues and arguments implicated by the numerous causes of action in the Complaint.

7. Allstate's counsel has conferred with Plaintiff's counsel regarding this Motion for Leave, and Plaintiff's counsel has authorized Allstate to state that Plaintiff does not oppose the requested relief given that Allstate would not oppose Plaintiff's motion for identical relief. Indeed, Allstate has agreed that it will not oppose identical relief should Plaintiff seek it for her Response to Allstate's Motion to Dismiss.

WHEREFORE, Allstate respectfully requests this Court enter an order granting Allstate's Motion for Leave and permitting Allstate to file its Memorandum of Law in support of its Motion to Dismiss of twenty (20) or fewer pages.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S UNOPPOSED
MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE LIMIT

PAGE 2 OF 3

Dated: December 6, 2022  Respectfully submitted,

/s/  *Blake J. Kolesa*

Joshua D. Lee
Matthew Kennison
Matthew A. Blumenreich
Blake J. Kolesa
RILEY SAFER HOLMES & CANCILA LLP
70 W. Washington St., Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 481-8701 *fax*
jlee@rshc-law.com
mkennison@rshc-law.com
mblumenreich@rshc-law.com
bkolesa@rshc-law.com

*Attorneys for Defendant Allstate Vehicle and Property Insurance Company*

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S UNOPPOSED
MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE LIMIT

PAGE 3 OF 3

## **CERTIFICATE OF SERVICE**

    I, undersigned counsel, certify that on December 6, 2022 I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.


                                                               */s/  Blake J. Kolesa*